STEVEN L. CRAWFORD #166488
Law Office of Steven L. Crawford
192 North 11th
Grover Beach, CA 93433
Tel: 805-458-6312
Fax: 805-489-2001

Attorney for Defendant
         Francisco Salgado

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     vs.<br><br>FRANCISCO SALGADO,<br><br>            Defendant. | Case No.  1:17CR00135 LJO<br><br>STIPULATION AND PROPOSED ORDER CHANGING SENTENCING DATE AND RELATED PSR DATES<br><br>Judge: Honorable LAWRENCE J. O'NEILL |

TO: THE HONORABLE LAWRENCE J. O'NEILL, Presiding Justice, Eastern District of California.

   IT IS HEREBY STIPULATED by and between the parties in this action that the current dates set for the PSR to be distributed to counsel, the informal objections, formal objections and the sentencing hearing currently set in this case be vacated and changed to the following:

-Draft PSR to counsel—May 27, 2019;

-Informal objections due—June 11, 2019;

Final report due to court—June 17, 2019

-Formal objections due June 24, 2019;

- 1

Reply or response due—July 1, 2019 and

-Sentencing set for July 22, 2019, 2019 at 10:00 a.m. or as soon thereafter as is convenient for the court.

    This stipulation is needed based on the defendant being moved immediately before the PSR interview was to take place. Counsel as well as the presentence officer were unaware of the late move and went to meet for the interview in the Fresno County Jail only to find Mr. Salgado had been moved to Lerdo Detention Facility. Counsel had checked the days prior to the meeting and defendant was still in the Fresno County jail. In addition, the presentence officer was also unaware of the transfer until the day of the interview.

    I believe that time has been waived in this matter but out of an abundance of caution, the defendant, Francisco Salgado, hereby waives time for sentencing up to and including the new date of July 22, 2019, 2019.

Respectfully submitted,

                              /S/ Steven L. Crawford
STEVEN L. CRAWFORD, Attorney for NOEL CARTER

                              /s/ Kimberly Sanchez
Kimberly Sanchez, Assistant United States Attorney

IT IS SO ORDERED.

   Dated: **April 30, 2019**              **/s/ Lawrence J. O'Neill**
                                          UNITED STATES CHIEF DISTRICT JUDGE